IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) Cr. No. CR 08 64 ML
vs. ) In violation of 21 U.S.C.
) §§ 841(a)(1) and (b)(1)(B)
JEFFREY MARTINEZ )

FILED
JUL 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about June 10, 2008, in the District of Rhode Island, the defendant, JEFFREY MARTINEZ, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

RICHARD B. MYRUS
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Division Chief

Dated: 7/23/08