1145890

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
JUL 23 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

JEFFREY MARTINEZ

**WARRANT FOR ARREST**

Case Number: CR08-64ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JEFFREY MARTINEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

☑ in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(B)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

JEANNINE NOEL
Name of Issuing Officer

J. Noel
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

07/23/2008 PROVIDENCE, RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at ACI on writ, returned to ACI | | |
| DATE RECEIVED 07/23/08<br>DATE OF ARREST 07/28/08 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |